JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES

| | |
|---|---|
| WILLIAM NORRIS, an individual;<br><br>            Plaintiff,<br><br>vs.<br><br>H & R BLOCK, INC., a Missouri corporation; HRB RESOURCES, LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive;<br><br>            Defendants. | Case No. 2:19-CV-02171-AB (JPRx)<br>(Ventura Superior Court Case No. 56-2018-00518142-CU-WT-VTA)<br><br>**[PROPOSED]** **ORDER GRANTING VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE** |

## **ORDER**

Pursuant to the Parties' Stipulation, **IT IS HEREBY ORDERED THAT**:

The operative Complaint, and each and every cause of action asserted therein, shall be **DISMISSED WITH PREJUDICE**, each side to bear its own attorneys' fees and litigation costs.

**IT IS SO ORDERED.**

Dated: February 13, 2020  _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.